

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00537-CV

**AUTOMOTIVE PROMOTION CONSULTANTS, LLC** d/b/a Rent 2 Own HQ,
Appellant

v.

**STATE** of Texas,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 24-01-63497-CV
Honorable Richard C. Terrell, Judge Presiding

BEFORE JUSTICE RODRIGUEZ, JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id*. 42.1(d).

SIGNED September 25, 2024.

Liza A. Rodriguez, Justice